# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESCALERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:18-cv-1377-DAD- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 7) |

On April 12, 2019, the parties filed a "Notice of Voluntary Settlement," indicating the parties "stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice." (Doc. 7 at 1) "The plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**April 22, 2019**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE